IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| SANDRA MCINTOSH, | ) | NO.: 15-31726-DHW |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |

OBJECTION TO CONFIRMATION

COMES NOW PNC BANK, National Association (hereinafter, known as "Creditor"), a secured creditor holding a Mortgage against the real property located at and commonly known as 507 Collins St, Tuskegee, AL 36083 (the "Property"), and for the reasons stated below, objects to confirmation of Debtor's Chapter 13 Amended Plan (Doc. No. 15) (the "Plan").

1.

Debtor's Plan does not treat Creditor's estimated prepetition arrearage claim of $3,280.36. The confirmation of the Plan should be denied until Debtor amends the Plan to reflect Creditor's loan.

2.

Debtor's Schedule D does not list the Property. Plan confirmation should be denied until Debtor amends Debtor's Schedule D to reflect Creditor's loan.

3.

Debtor's Plan fails to specify how post-petition mortgage payments will be paid to Creditor. Therefore, the Plan is filed in bad faith.

4.

Debtor's Plan is silent as to the treatment of taxes and insurance for the Property, in violation of Section 1325(a) of the Bankruptcy Code. Confirmation of the Plan should be denied until Debtor amends the Plan to reflect a provision for the payment of taxes and insurance outside the Plan

5.

Creditor reserves the right to raise the failure of Debtor to have made post-petition mortgage payments if at the time of the confirmation hearing that appears to be the case.

WHEREFORE, PREMISES CONSIDERED, Creditor prays that the Court will:

1. deny confirmation;

2. that the Court award reasonable attorney's fees; and

3. that the Court grant such other and further relief as is just and equitable.

/s/ Michael J. McCormick
Michael McCormick
ALABAMA BAR NO. ASB-1127-C65M
Attorney for Creditor
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076
678-281-3918
mjm@mccallaraymer.com

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 15-31726 |
| Sandra McIntosh | Chapter: 13 |
| | Judge Dwight H Williams, Jr. |

## CERTIFICATE OF SERVICE

I, Michael J. McCormick, of McCalla Raymer, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Sandra McIntosh
510 Whitlow Street
Tuskegee, AL 36083

Richard D. Shinbaum        *(served via ECF)*
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101

Curtis C. Reding           *(served via ECF)*
P. O. Box 173
Montgomery, AL 36101

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   08/30/2015     By:   /s/ Michael J. McCormick
                 (date)              Michael J McCormick
                                     ALABAMA BAR NO. ASB-1127-C65M
                                     Attorney for Creditor